UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF GEORGIA
ATLANTA DIVISION

JUSTIN O'BRIEN,

    Plaintiff,

vs.

FB CANDLER PARK, LLC,         CASE NO.: 1:16-CV-04584-RWS
D/B/A FLYING BISCUIT CAFÉ,
a Domestic Limited Liability
Company,

    Defendants.        /

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JUSTIN O'BRIEN, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), files his Notice of Voluntary Dismissal With Prejudice against Defendants.

Dated this 27th day of January, 2017.

                                          **s/ CARLOS V. LEACH**
                                          Carlos V. Leach, Esquire
                                          GA Bar No.: 488443
                                          MORGAN & MORGAN, P.A.
                                          191 Peachtree Street NE.
                                          P.O. Box 57007
                                          Atlanta, GA  30303
                                          Telephone: (404) 965-8811
                                          Facsimile: (404) 965-8812
                                          E-mail:  cleach@forthepeople.com
                                          Attorneys for Plaintiff

## FONT CERTIFICATION

Pursuant to Local Rule 5.1(C) Plaintiff hereby certifies that the within and foregoing pleading was prepared using Times New Roman, 14-point font.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed using the CM/ECF filing system. I further certify that I sent the copy of the foregoing Notice of Voluntary Dismissal with Prejudice and the Notice of the electronic filing by first class mail and email to: FB CANDLER PARK, LLC, JOSEPH HSIAO, Registered Agent, 1403 OAKRIDGE VIEW DR, MABLETON, GA, 30126, on this 27th day of January, 2017.

s/ CARLOS V. LEACH
Carlos V. Leach, Esquire